CHRISTINE LLOYD, as Administratrix, etc., of JOHN J. LLOYD, Late of the County of Kings, Deceased, Appellant, v. HAMILTON LAURIE, the GREEN BEAVER HOTEL CORPORATION, Respondents; IRA N. LEVISON and MILTON F. LEVISON, Defendants.— Appeal from order granting respondents' motion to change the place of trial from Kings county to Albany county in an action for damages for negligence claimed to have caused the death of the plaintiff's intestate. Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied. Under the facts in this record it was an improper exercise of the court's discretion to grant the motion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES H. APPEL, Appellant.—Appeal from a judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of violating an order of the department of housing and buildings, which prohibited the use of certain real property because it was unfit for human habitation. Judgment modified by providing that the fine be $250, and the alternative period of imprisonment thirty days, and, as thus modified, the judgment is unanimously affirmed. Under the circumstances disclosed in this case, the punishment imposed was clearly excessive. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.